USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MLSMK INVESTMENTS COMPANY,
                          Plaintiff,

09 CIVIL 4049 (BSJ)

-against-

**JUDGMENT**

JP MORGAN CHASE & CO., JP MORGAN
CHASE BANK, NA,
                        Defendants.
-----------------------------------------------------------X

Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on July 14, 2010, having rendered its Order granting defendants' motion to dismiss in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 14, 2010, defendants' motion to dismiss is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
         July 17, 2010

                                          **RUBY J. KRAJICK**
                                            **Clerk of Court**
                      **BY:**
                                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____